No. 01–10789. SIMPSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10790. SMITH *v.* THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–10791. LEWIS *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–10792. MCBRIDE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10794. MOORING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10795. BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–10796. DANIELS *v.* BOROUGH OF MEDIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10797. MEANS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10798. MOORE *v.* TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 01–10799. ECTOR *v.* SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–10800. DAHLER *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–10801. RAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10802. BALL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–10803. ARMSTRONG *v.* COMMODITY FUTURES TRADING COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–10804. THIBEAUX *v.* KLEMAN. C. A. 5th Cir. Certiorari denied.